1
2
3
4
5
6
7
8
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
9
AT SEATTLE

10 | SHELLISE MONTGOMERY, | Case No. 09-CV-0159-JCC
11 | Plaintiff, | ORDER DENYING PLAINTIFF'S
APPLICATION TO PROCEED IN
12 | v. | FORMA PAUPERIS
13
HELVETICA FUNDING GROUP et al.,
14
15 | Defendants.

16     Plaintiff Shellise Montgomery is proceeding *pro se* and has filed an application to

17 proceed *in forma pauperis* in this proposed civil action against Helvetica Funding Group and

18 W.L. Crow Trust. Dkt. No. 1. After careful consideration of her application, proposed

19 complaint, the governing law and the balance of the record, the Court ORDERS as follows:

20     (1)     Plaintiff's application to proceed *in forma pauperis* (Dkt. No. 1) is DENIED. It

21 appears from Plaintiff's application that she has sufficient financial resources to pay the $350

22 filing fee required in federal civil actions. For example, Plaintiff states that she currently earns

23 $3,500-$8,000 per month in income and owns residential and business property valued at

24 approximately $900,000.

25     (2)     Plaintiff is directed to pay the $350 filing fee **no later than March 17, 2009**.

26 The Court will take no further action in this matter unless and until the filing fee is paid. If

1  Plaintiff fails to timely pay the requisite fee, this Court may recommend that the case be
2  dismissed.
3      (3)    The Clerk of the Court is directed to send copies of this Order to the Plaintiff
4  and to the Honorable John C. Coughenour.
5      DATED this 17th day of February, 2009.

James P. Donohue
_____
JAMES P. DONOHUE
United States Magistrate Judge