# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| SHELLISE MONTGOMERY,<br><br>Plaintiff,<br><br>v.<br><br>HELVETICA FUNDING GROUP et al.,<br><br>Defendants. | Case No. 09-cv-0159-JCC<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO PAY FILING FEE |

Plaintiff Shellise Montgomery, proceeding *pro se*, has filed a motion to extend time to pay the required $350 filing fee for a civil action. Dkt. No. 5. By Order dated February 17, 2009, this Court denied Plaintiff's motion for leave to proceed *in forma pauperis*, and directed Plaintiff to pay the required filing fee no later than March 17, 2009. Dkt. No. 3. Plaintiff has requested an extension of time to pay the required filing fee because of a medical matter that arose with regard to her pregnancy. Dkt. No. 5. Plaintiff has notified the Court that she is scheduled to deliver her baby on March 20, 2009. *Id.*

In view of the foregoing, Plaintiff's motion to extend time to pay the required filing fee, Dkt. No. 5, is GRANTED. Plaintiff shall have until **Friday, May 8, 2009** to pay the required

ORDER
PAGE - 1

filing fee. If Plaintiff fails to pay the filing fee, this action may be subject to dismissal without prejudice.

The Clerk of the Court is directed to send copies of this Order to the Plaintiff and to the Honorable John C. Coughenour.

DATED this 24th day of March, 2009.

/s/ James P. Donohue

JAMES P. DONOHUE
United States Magistrate Judge

ORDER
PAGE - 2