Honorable Judge John C. Coughnour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHELLISE MONTGOMERY<br><br>   Plaintiff,<br><br>v.<br><br>NORTHWEST TRUSTEE SERVICES, INC. AND HELVETICA CAPITAL FUNDING, LLC<br><br>   Defendants. | No. C09-00159<br><br>**DEFENDANTS NORTHWEST TRUSTEE SERVICES, INC. AND HELVETICA CAPITAL FUNDING, LLC'S REJOINDER TO PLAINTIFF'S REPLY BRIEF** |

COMES NOW Helvetica Capital Funding, LLC ("Helvetica") and Northwest Trustee Services, Inc. ("NWTS") (hereinafter collectively referred to as "Defendants") by and through their attorneys of record Routh Crabtree Olsen, P.S., and submit the following Rejoinder to Plaintiff's Reply Brief.

Plaintiff's reply brief includes a litany of new arguments and evidence, which Plaintiff failed to present in her initial Emergency Motion for Injunction. It is improper legal practice to

DEFENDANTS NORTHWEST TRUSTEE SERVICES, INC.
AND HELVETICA CAPITAL FUNDING, LLC'S REJOINDER
TO PLAINTIFF'S REPLY BRIEF —Pg. 1

**ROUTH CRABTREE OLSEN, P.S.**
*A Law Firm and Professional Services Corporation*
3535 Factoria Boulevard SE Suite 200
Bellevue, Washington 98006
Telephone (425) 458-2121
Facsimile (425) 458-2131

present new evidence or new arguments in a reply brief. All new evidence and arguments should be stricken from Plaintiff's reply and disregarded.

In addition, the Mortgage Compliance Analysis Report ("Report") attached as Exhibit A to Plaintiff's reply brief is inadmissible hearsay. The Report is not supported by a declaration of a person with personal knowledge of the information the document purports to convey.

To the extent the court is inclined to consider the new arguments and inadmissible evidence presented, Defendants request the court set a deadline by which Defendants can submit a surreply to refute Plaintiff's new allegations.

DATED this 26th day of June, 2009.

ROUTH CRABTREE OLSEN, P.S.

*/s/ Melissa Williams*
Melissa Williams, WSBA # 40644
Attorneys for Defendants

DEFENDANTS NORTHWEST TRUSTEE SERVICES, INC.
AND HELVETICA CAPITAL FUNDING, LLC'S REJOINDER
TO PLAINTIFF'S REPLY BRIEF —Pg. 2

ROUTH CRABTREE OLSEN, P.S.
*A Law Firm and Professional Services Corporation*
3535 Factoria Boulevard SE Suite 200
Bellevue, Washington 98006
Telephone (425) 458-2121
Facsimile (425) 458-2131